UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAZAVIER MARSH BEY,<br><br>                    Plaintiff,<br><br>    v.<br><br>KENT MUNICIAL COURT CORPORATION,<br><br>                    Defendant. | CASE NO. 2:18-cv-00003-RSL<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

      Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

      The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Robert S. Lasnik.

      DATED this 5th day of January, 2018.

                                                              BRIAN A. TSUCHIDA
                                                              United States Magistrate Judge