UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAZAVIER MARSH BEY,

        Plaintiff,

   v.

KENT MUNICIPAL COURT CORP.,

        Defendant.

No. C18-0003RSL

ORDER OF DISMISSAL

On January 5, 2018, the Court directed plaintiff to show cause why the above-captioned matters should not be dismissed for failing to identify the relief requested and/or why the Court should not abstain from hearing the case under <u>Younger v. Harris</u>, 401 U.S. 37, 40-41 (1971) (noting "national policy forbidding federal courts to stay or enjoin pending state court proceedings except under special circumstances"). Plaintiff has not responded. This action is therefore dismissed without prejudice.

Dated this 15th day of February, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL